# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOEY FRANCO, AN INDIVIDUAL;
TINA KOLINAS, INDIVIDUALLY AND
AS TRUSTEE OF THE TINA M.
KOLINAS LIVING TRUST; AND THE
TINA M. KOLINAS LIVING TRUST,
Appellant,
vs.
KENNETH PARTRIDGE,
Respondent.

No. 72181

**FILED**

MAR 02 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was docketed in this court on January 24, 2017, without payment of the requisite filing fee. On that same day a notice was issued directing appellants to pay the filing fee within ten days. The notice further advised that failure to pay the filing fee within ten days would result in the dismissal of this appeal. Accordingly, cause appearing, this appeal is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: *Elizabeth A Brown*

cc: Hon. Mark R. Denton, District Judge
Joey Franco
Tina Kolinas
Kenneth Partridge
Eighth District Court Clerk